# Sims v. The State.

APPEAL from Lawrence Circuit Court.
Tried before the Hon. H. C. SPEAKE.

JAMES JACKSON, for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for murder, and sentenced to the penitentiary for life. After the admission in evidence of a confession made by the defendant, the defendant proposed to ask the witness testifying to such confession, if at the time the alleged confession was made the mob was surrounding the calaboose where the defendant was imprisoned, or in the town near the calaboose for the purpose of lynching the defendant, and whether said mob was within the defendant's view. The court sustained the objection of the solicitor to the question seeking to elicit such testimony. On this appeal it is held that the court erred in this ruling; it being said that "If such a mob had been assemb-

ling as the question implies it was, it was competent to prove that fact as tending to show the state of mind and alarm under which the confession was made, and that it was not voluntary.—3 Brick. Dig. 285, § § 543-545."

The judgment of conviction is reversed and the cause remanded.